IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br>    Plaintiff-Respondent,  )  <br>  )  <br> vs.  )  <br>  )  <br> BRUCE MICHAEL ORR,  )  <br>  )  <br>    Defendant-Petitioner.  )  | CRIMINAL NO. 06-00259-CG <br> CIVIL ACTION NO. 10-0080-CG-N |

## JUDGMENT

Pursuant to the order this day entered, it is hereby **ORDERED, ADJUDGED** and **DECREED** that petitioner's Motion to Correct, Set Aside or Vacate Sentence is **DENIED** and **DISMISSED** with prejudice.  Petitioner is not entitled to a Certificate of Appealability or an order granting leave to appeal in forma pauperis.

**DONE and ORDERED** this 9th day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE